UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA  31521

John E. Triplett
Clerk of Court

RE:  Lineberger v. Camden County, Georgia et al

**REMOVAL NOTICE TO ALL COUNSEL OF RECORD**

Take notice that the above-styled case was **removed** to the Southern District of Georgia, Brunswick Division, from: Superior Court of Camden County, Georgia. The Civil Action Number assigned to this case is: 2:25-cv-99. The case was filed and docketed on: 07/31/2025 and has been assigned to: Judge Lisa Godbey Wood.

ALL PARTIES ARE NOTIFIED TO RE-FILE ANY PENDING MOTIONS (PREVIOUSLY FILED IN STATE COURT), AND RESPONSES, WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS NOTICE.  THIS COURT WILL NOT SUA SPONTE TAKE UP MOTIONS FILED PRIOR TO REMOVAL DATE.

PLAINTIFF'S COUNSEL INTENDING TO APPEAR IN THE REFERENCED MATTER MUST ENTER A NOTICE OF APPEARANCE OR A MOTION FOR ADMISSION PRO HAC VICE NO LATER THAN TEN (10) DAYS AFTER THE ISSUANCE OF THIS NOTICE.  PLAINTIFF'S COUNSEL WHO DOES NOT INTEND TO REPRESENT PLAINTIFF IN THIS MATTER MUST NOTIFY THE CLIENT AND FILE A NOTICE OF COMPLIANCE (AND INCLUDE THE CLIENT'S ADDRESS) WITHIN THE SAME TEN (10) DAY PERIOD.

DATE:  07/31/2025

cc: David Brown, via NEF
    (dbrown@davidbrownlawoffice.com)

JOHN E. TRIPLETT, CLERK OF COURT

BY: _____
     Deputy Clerk